IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Colt Cheyenne Lightfoot,

    Petitioner(s),

vs.

Warden, Warren Correctional Institution,

    Respondent(s).

Case Number: 1:16cv246

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 26, 2017 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 9, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, since petitioner failed to comply with the Order of December 13, 2016, petitioner's petition for a writ of habeas corpus (Doc. 1) is DISMISSED for lack of prosecution. Respondent's pending motion to dismiss (Doc. 9) and petitioner's pending motion to strike and proceed to judgment on the pleadings (Doc. 12) are DENIED as moot.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court